1   David S. Kupetz (CA Bar No. 125062)
       dkupetz@sulmeyerlaw.com
2   Steven F. Werth (CA Bar No. 205434)
       swerth@sulmeyerlaw.com
3   **Sulmeyer**Kupetz
    A Professional Corporation
4   333 South Hope Street, Thirty-Fifth Floor
    Los Angeles, California  90071-1406
5   Telephone: 213.626.2311
    Facsimile: 213.629.4520
6
    Bankruptcy Counsel for Orange
7   County Nursery, Inc., Debtor and
    Debtor in Possession
8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    NORTHERN DIVISION

12

13   In re                              Case No. 9:09-bk-10165-RR

14                                       Chapter 11
     ORANGE COUNTY NURSERY, INC., a
15   California corporation,             **APPLICATION BY DEBTOR AND DEBTOR
                                         IN POSSESSION FOR APPROVAL OF
16                                       EMPLOYMENT OF BANKRUPTCY
                    Debtor.              COUNSEL (SULMEYERKUPETZ);
17                                       DECLARATION OF ROBERT VEYNA;
                                         DECLARATION OF DAVID S. KUPETZ**
18
                                         DATE:    [No Hearing Required]
19                                       TIME:    [No Hearing Required]
                                         PLACE:   Courtroom 201
20                                                U.S. Bankruptcy Court
                                                  1415 State Street
21                                                Santa Barbara, CA 93101

22   Tax Id # 95-1681912

23

24
            Orange County Nursery, Inc. ("Applicant" or the "Debtor"), respectfully
25
     represents:
26

27

28

[SWERTH\BANKR\523945.1]                  -1-

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1          1.     Applicant is the debtor in the above-captioned chapter 11

2 reorganization case pending before this Court. The Debtor commenced this case by

3 filing a voluntary chapter 11 petition on January 22, 2009 (the "Petition Date").

4          2.     Applicant remains in possession of its assets and is acting as a

5 debtor in possession pursuant to 11 U.S.C. §§ 1101(1), 1107(a), and 1108.

6          3.     The Debtor operates as a wholesale tree nursery. The Debtor raises

7 nursery stock, farms in connection therewith, and sells bareroot, boxed specimens, and

8 containerized fruit and shade trees. As of the Petition Date, the Debtor manages over

9 700 acres with growing grounds in California and Texas.

10          4.     SulmeyerKupetz ("SK"), a professional corporation, represented the

11 Debtor with respect to restructuring, bankruptcy and insolvency matters and related

12 issues and matters prior to the filing of Applicant's chapter 11 petition and advised

13 Applicant in connection with the commencement of this case. SK is familiar with the legal

14 and financial issues and problems facing the Debtor.

15          5.     SK has agreed to continue its representation of Applicant and the

16 Debtor believes it necessary to have SK employed as bankruptcy counsel in this

17 chapter 11 case to represent it as debtor and debtor in possession. Such employment

18 may include the examination of claims of creditors in order to determine their validity;

19 giving advice and counsel to Applicant in connection with legal issues, including the use,

20 sale or lease of property of the estate, adequate assurance of utilities, use of cash

21 collateral, requests for security interests, relief from the automatic stay, special treatment,

22 payment of prepetition obligations, etc.; negotiation with creditors holding secured and

23 unsecured claims; preparing and presenting a plan of reorganization and disclosure

24 statement; objecting to claims as may be appropriate and, in general, acting as counsel

25 on behalf of the Debtor in any and all bankruptcy law and related matters which may

26 arise in the course of this case. Such services will concern the rights and remedies of

27 Applicant with regard to the assets of the estate and with regard to secured, priority, or

28 unsecured claims which may be asserted in this case.

1          6.     It may be necessary for SK to appear in and prosecute or defend

2    suits and proceedings, if any, when they arise and to take all necessary and proper steps

3    in other matters and things involving bankruptcy law or connected with the affairs of the

4    bankruptcy estate if and when a necessity exists therefor.

5          7.     It is necessary for Applicant to employ SK to undertake such actions

6    as may be appropriate or necessary in connection with the preservation and realization of

7    value of the chapter 11 estate and the reorganization of the Debtor. Further, it is

8    necessary and appropriate to employ bankruptcy counsel to advise Applicant so that the

9    Debtor may properly comply with the provisions of the Bankruptcy Code, the Federal

10   Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the requirements and

11   guidelines of the United States trustee.

12         8.     Applicant proposes, upon the granting of this application (the

13   "Application"), to employ SK as its bankruptcy counsel. SK is expert in insolvency,

14   bankruptcy, restructuring and reorganization matters and is well qualified to represent the

15   Debtor. SK will charge the Debtor for services rendered at SK's ordinary hourly rates in

16   effect at the time the services are rendered. The Debtor will also reimburse SK for

17   expenses incurred by SK in the course of its representation of the Debtor. SK

18   understands that it is entitled to receive such amount(s) on account of its fees and costs

19   as may be approved by the Court.

20         9.     A schedule of the current rates being charged by attorneys and

21   paraprofessionals of SK is attached hereto as **Exhibit "1"** and is incorporated herein by

22   this reference. A resume of SK is attached hereto as **Exhibit "2"**. Additional information

23   regarding David Kupetz of SK, the attorney of SK with primary responsibility for SK's

24   representation of the Debtor, including a list of some of the articles authored by David

25   Kupetz, is attached hereto as **Exhibit "3"** and is incorporated herein by this reference. A

26   true and correct copy of the notice served with respect to this Application is attached

27   hereto as **Exhibit "4"**. A true and correct copy of the proposed order to be submitted in

28   connection with this Application is attached hereto as **Exhibit "5"**.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1        10.      To the best of the knowledge, information, and belief of Applicant,

2   and except as described in this paragraph, SK represents no creditor or other party in this

3   chapter 11 case, and represents no affiliates or other related entities, principals,

4   members, or officers of the Debtor.  SK was retained on January 20, 2009 to represent

5   the Official Committee of Unsecured Creditors ("Committee") in the chapter 11 case of

6   Bordier's Nursery, Inc. ("Bordier's"), Case No. 8:08-bk-18501-RK (Santa Ana Case).

7   Bordier's is in the business of selling plant nursery products including plants, flowers,

8   bushes, etc. on a wholesale basis to customers such as Home Depot, Lowe's and similar

9   companies.  One of the members of the Committee is T&R Lumber Co. ("T&R").  T&R is

10  also listed among the 20 largest unsecured creditors in the within chapter 11 case.  SK

11  does not represent T&R.  Further, owing to the similarities in the businesses of Bordier's

12  and the Debtor, there may be other creditors in Bordier's and the Debtor who hold claims

13  in both chapter 11 cases.

14        11.      SK was engaged by the Debtor as restructuring/bankruptcy counsel

15  prior to the Petition Date.  SK provided prepetition services to Applicant with regard to

16  bankruptcy, restructuring and insolvency issues, matters and alternatives and in

17  preparation for the commencement of a chapter 11 case by the Debtor.  SK received

18  $225,000 in funds prior to the Petition Date in connection with its representation of the

19  Debtor, for services rendered and costs incurred prior to the commencement of the

20  Debtor's chapter 11 case.  As of the commencement of the case, SK's unused retainer

21  balance remaining was $184,579.02.

22        12.      The source of the payments received prepetition by SK in connection

23  with its representation of Applicant was Applicant.

24        13.      SK's representation in this case is strictly limited to representation of

25  the Debtor.  SK does not represent and has not represented any other party connected

26  with this matter.  SK does not represent any party other than the Debtor in connection

27  with this case.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    14.    The portion of the retainer provided to SK not exhausted

2  ($184,579.02) based upon services rendered and costs incurred as of the filing of the

3  Debtor's chapter 11 petition, has been placed into a separate account of SK subject to

4  disbursement according to the United States Trustee's Guide to Applications for

5  Employment of Professionals and Treatment of Retainers for the Central District of

6  California.  To the extent that, pursuant to any budget approved in connection with the

7  Debtor's use of cash collateral and/or postpetition financing for the Debtor approved by

8  the Court, payments to SK on a weekly or monthly basis are authorized, such payments

9  will be placed into a separate account of SK subject to disbursement in the same manner

10  as the balance of SK's prepetition retainer.

11    15.    As further stated in the attached declarations of Robert Veyna and

12  David S. Kupetz, SK has been rendering specialized restructuring, bankruptcy and

13  insolvency advice to Applicant.  It is in the best interest of Applicant that SK continues to

14  render bankruptcy, restructuring and insolvency counsel and advice to the Debtor.

15    16.    The Debtor is satisfied from the attached declaration of David S.

16  Kupetz that SK represents no interest adverse to Applicant or the estate and is a

17  disinterested person as that term is defined in the Bankruptcy Code.  The employment of

18  SK as the Debtor's bankruptcy counsel is in the best interest of the chapter 11 estate.

19    17.    SK seeks compensation pursuant to 11 U.S.C. § 330.  No

20  compensation has been or will be paid by the Debtor postpetition to SK, except upon

21  application to and approval by the Bankruptcy Court after notice and a hearing or

22  pursuant to such other procedure as may be authorized by the Court, including cash

23  collateral or postpetition financing budgets approved by the Court providing for payments

24  to SK, with such payments to be placed in a segregated account and drawn down in

25  accordance with the procedure required by the Office of the United States Trustee for

26  unused prepetition retainers.

27

28

1    **WHEREFORE**, the Debtor respectfully requests that it be authorized,

2    pursuant to 11 U.S.C. § 327(a) and 11 U.S.C. § 1107(a), and in accordance with Rule

3    2014(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-

4    1(b), to employ SK as general bankruptcy counsel, at the expense of the chapter 11

5    estate, as of the commencement of this case.

6

7    DATED:  January 30 2009          Respectfully submitted,

8                                     **Orange County Nursery, Inc.**

9                                     Debtor in Possession

10                                    By: _____

11                                        Robert Veyna
                                          President

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

## <u>DECLARATION OF ROBERT VEYNA</u>

I, Robert Veyna, declare:

1.    I have personal knowledge of the facts stated herein.  I can testify that said facts are true and correct.

2.    I am President of Orange County Nursery, Inc. (the "Debtor" or "Applicant").  The Debtor is a corporation formed under the laws of the State of California. I am authorized to submit this declaration on behalf of the Debtor.

3.    Applicant is the debtor in a chapter 11 reorganization case pending before the above-entitled court.  Applicant commenced this case by filing a voluntary chapter 11 petition on January 22, 2009 (the "Petition Date").

4.    Applicant remains in possession of its assets and is acting as a debtor in possession.

5.    The Debtor operates as a wholesale tree nursery.  The Debtor raises nursery stock, farms in connection therewith, and sells bareroot, boxed specimens, and containerized fruit and shade trees.  As of the Petition Date, the Debtor manages over 700 acres with growing grounds in California and Texas.

6.    SulmeyerKupetz ("SK"), a professional corporation, represented the Debtor with respect to restructuring, bankruptcy and insolvency matters and related issues and matters prior to the filing of Applicant's chapter 11 petition and advised Applicant in connection with the commencement of this case.  SK is familiar with the legal and financial issues and problems facing the Debtor.

7.    SK has agreed to continue its representation of Applicant and the Debtor believes it necessary to have SK employed as bankruptcy counsel in this chapter 11 case to represent it as debtor and debtor in possession.  Such employment may include the examination of claims of creditors in order to determine their validity; giving advice and counsel to Applicant in connection with legal issues, including the use, sale or lease of property of the estate, use of cash collateral and postpetition financing, adequate assurance of utilities, requests for security interests, relief from the automatic

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  stay, special treatment, payment of prepetition obligations, etc.; negotiation with creditors

2  holding secured and unsecured claims; preparing and presenting a plan of reorganization

3  and disclosure statement; objecting to claims as may be appropriate and, in general,

4  acting as counsel on behalf of the Debtor in any and all bankruptcy law and related

5  matters which may arise in the course of this case.  Such services will concern the rights

6  and remedies of Applicant with regard to the assets of the estate and with regard to

7  secured, priority, or unsecured claims which may be asserted in this case.

8        8.    It may be necessary for SK to appear in and prosecute or defend

9  suits and proceedings, if any, when they arise and to take all necessary and proper steps

10  in other matters and things involving bankruptcy law or connected with the affairs of the

11  bankruptcy estate if and when a necessity exists therefor.

12        9.    It is necessary for Applicant to employ SK to undertake such actions

13  as may be appropriate or necessary in connection with the preservation and realization of

14  value of the chapter 11 estate and the reorganization of the Debtor.  Further, it is

15  necessary and appropriate to employ bankruptcy counsel to advise Applicant so that the

16  Debtor may properly comply with the provisions of the Bankruptcy Code, the Federal

17  Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the requirements and

18  guidelines of the United States trustee.

19        10.    Applicant proposes, upon the granting of the application, to employ

20  SK as its bankruptcy counsel.  SK is expert in insolvency, bankruptcy, restructuring and

21  reorganization matters and is well qualified to represent the Debtor.  SK will charge the

22  Debtor for services rendered at SK's ordinary hourly rates in effect at the time the

23  services are rendered.  The Debtor will also reimburse SK for expenses incurred by SK in

24  the course of its representation of the Debtor.

25        11.    To the best of my knowledge, information, and belief, SK represents

26  no creditor or other party in this chapter 11 case, and represents no affiliates or other

27  related entities, principals, members, or officers of the Debtor.

28

**SulmeyerKupetz,** A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1         12.    SK was engaged by the Debtor as restructuring/bankruptcy counsel

2    prior to the Petition Date.  SK provided prepetition services to Applicant with regard to

3    bankruptcy, restructuring and insolvency issues, matters and alternatives and in

4    preparation for the commencement of a chapter 11 case by the Debtor.  SK received

5    $225,000 in funds prior to the Petition Date in connection with its representation of the

6    Debtor.

7         13.    The source of the payments received prepetition by SK in connection

8    with its representation of Applicant was Applicant.

9         14.    No compensation has been or will be paid by the Debtor postpetition

10   to SK, except upon application to and approval by the Bankruptcy Court after notice and

11   a hearing or pursuant to such other procedure as may be authorized by the Court,

12   including cash collateral or postpetition financing budgets approved by the Court

13   providing for payments to SK, with such payments to be placed in a segregated account

14   and drawn down in accordance with the procedure required by the Office of the United

15   States Trustee for unused (as of the Petition Date) prepetition retainers.

16        15.    I am satisfied from the attached declaration of David S. Kupetz that

17   SK represents no interest adverse to Applicant or the estate and that the employment of

18   SK as bankruptcy counsel would be in the best interest of the chapter 11 estate.

19        I declare under penalty of perjury that the foregoing is true and correct.

20        Executed this _3d_ day of January, 2009, at Los Angeles, California.

21

22   _____
          Robert Veyna

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

## DECLARATION OF DAVID S. KUPETZ

I, David S. Kupetz, declare:

1.      I am an attorney at law, duly qualified and licensed to practice before the above-entitled court.

2.      I have personal knowledge of the facts set forth below.  I can testify that said facts are true and correct.

3.      I am a member of the law firm of SulmeyerKupetz ("SK"), a professional corporation.

4.      Orange County Nursery, Inc. ("Applicant" or the "Debtor"), is seeking court approval of its retention of SK by the foregoing application.  I am authorized to submit this declaration on behalf of SK.

5.      SK, its partners, associates and of counsel attorneys are experienced in matters of restructuring, bankruptcy, insolvency, corporate reorganization and debtor/creditor law, and in the representation of debtors, debtors in possession, creditors, creditors' committees and trustees in cases under the Bankruptcy Code and are well qualified to represent debtors, debtors in possession, creditors, creditors' committees and trustees in such matters.

6.      Neither I, SK, nor SK's other members, associates, of counsel attorneys, or other employees to my knowledge represent or have any connection with any creditor or other party in interest in this case, their respective attorneys or accountants, the United States trustee or any person employed in the Office of the United States trustee, except as set forth herein.

7.      Certain members of SK (Howard Ehrenberg, Elissa Miller and Arnold Kupetz) are or have recently been members of the private panel of bankruptcy trustees for the Central District of California maintained and supervised by the Office of the United States trustee.

8.      Neither I, SK, nor SK's other members, associates, of counsel attorneys, or other employees have any interest adverse to the Debtor or the estate.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Further, I am not aware of facts that would lead me to conclude that the SK is not a

2  "disinterested person" as that term is defined by the Bankruptcy Code.  I have read the

3  foregoing application and to the best of my knowledge all the facts stated therein are true

4  and correct.

5          9.      Neither I, SK, nor SK's other members, associates, of counsel

6  attorneys, or other employees have any prepetition claim against the Debtor.

7          10.     Prior to the commencement of Applicant's chapter 11 case, SK was

8  employed by and was rendering specialized legal representation and advice to Applicant.

9  Applicant seeks court authorization to employ SK as bankruptcy counsel as more

10  specifically set forth in the foregoing application.

11          11.     SK has not in the past represented nor does SK presently plan to

12  represent in the future any related debtors, principals, officers, or affiliates of the Debtor.

13          12.     SK has no connections with the Debtor, other than those disclosed

14  herein.

15          13.     SK is not and was not an equity security holder or an insider of the

16  Debtor.

17          14.     SK is and was not, at any time, an investment banker for any

18  security of the Debtor, or an attorney for such an investment banker.

19          15.     SK is not and was not, at any time, a director, officer or employee of

20  the Debtor or of any investment banker for any security of the Debtor.

21          16.     SK has no interest materially adverse to the interest of the estate or

22  of any class of creditors or equity security holders, for any reason of any direct or indirect

23  relationship to, connection with, or interest in, the Debtor or an investment banker for any

24  security of the Debtor, or for any other reason.  SK was retained on January 20, 2009 to

25  represent the Official Committee of Unsecured Creditors ("Committee") in the chapter 11

26  case of Bordier's Nursery, Inc. ("Bordier's"), Case No. 8:08-bk-18501-RK (Santa Ana

27  Case).  Bordier's is in the business of selling plant nursery products including plants,

28  flowers, bushes, etc. on a wholesale basis to customers such as Home Depot, Lowe's

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  and similar companies.  One of the members of the Committee is T&R Lumber Co.

2  ("T&R").  T&R is also listed among the 20 largest unsecured creditors in the within

3  Chapter 11 case.  SK does not represent T&R.  Further, owing to the similarities in the

4  businesses of Bordier's and the Debtor, there may be other creditors in Bordier's and the

5  Debtor who hold claims in both Chapter 11 cases.

6          17.      No member, associate, of counsel attorney, or other employee of SK

7  is a relative or employee of the United States Trustee or a United States Bankruptcy

8  Judge.

9          18.      A schedule of the current hourly billing rates charged for attorneys of

10  SK is attached as **Exhibit "1"**.  A copy of the resume of SK is attached as **Exhibit "2"**.

11  Some additional information regarding my professional experience, including a list of

12  some of the articles I have written on bankruptcy topics, is attached hereto as **Exhibit**

13  **"3"** and is incorporated herein by this reference.  A true and correct copy of the Notice

14  served with respect to the foregoing application is attached hereto as **Exhibit "4"**.  A true

15  and correct copy of the proposed order to be submitted in connection with the foregoing

16  Application is attached hereto as **Exhibit "5"**.

17          19.      SK was engaged by the Debtor as restructuring/bankruptcy counsel

18  prior to the Petition Date.  SK provided prepetition services to Applicant with regard to

19  bankruptcy, restructuring and insolvency issues, matters and alternatives and in

20  preparation for the commencement of a chapter 11 case by the Debtor.  SK received

21  $225,000 in funds prior to the Petition Date in connection with its representation of the

22  Debtor, for fees for services rendered and costs incurred prior to the commencement of

23  the Debtor's chapter 11 case.  Of that sum, $40,420.98 constituted payment for services

24  rendered and costs incurred prior to the commencement of the Debtor's chapter 11 case.

25  As of the commencement of the case, SK's unused retainer balance remaining was

26  $184,579.02.

27          20.      I am informed that the source of the payments received prepetition

28  by SK in connection with its representation of Applicant was Applicant.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1      21.    SK's representation in this case is strictly limited to representation of

2   the Debtor.  SK does not represent and has not represented any other party connected

3   with this case.  SK does not represent any officer, director or affiliate of the Debtor.

4      22.    The portion of the retainer provided to SK not exhausted

5   ($184,579.02) based upon services rendered and costs incurred as of the filing of the

6   Debtor's chapter 11 petition, has been placed into a separate account of SK subject to

7   disbursement according to the United States Trustee's Guide to Applications for

8   Employment of Professionals and Treatment of Retainers for the Central District of

9   California.

10     23.    I am familiar with the Bankruptcy Code, the Federal Rules of

11  Bankruptcy Procedure, the Local Bankruptcy Rules, and the requirements of the United

12  States Trustee and shall comply with them.

13     24.    Notice of this application shall be concurrently given to the Debtor's

14  twenty largest unsecured creditors, the Debtor's secured creditors, any official committee

15  appointed in this case, all parties having requested special notice in this case, if any, and

16  the Office of the United States Trustee.  As stated above, a true and correct copy of the

17  notice is attached hereto as **Exhibit "4"**.

18     I declare under penalty of perjury that the foregoing is true and correct.

19     Executed this 31st day of January, 2009 at Los Angeles, California.

21                                    DAVID S. KUPETZ

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# EXHIBIT 1

# Sulmeyer Kupetz

A   P R O F E S S I O N A L   C O R P O R A T I O N
ATTORNEYS AT LAW SINCE 1952

## RATES FOR PROFESSIONAL SERVICES

| ATTORNEYS | INITIALS | RATE |
|---|---|---|
| Richard G. Baumann (1964) | RGB | 475 |
| Howard M. Ehrenberg (1986) | HME | 525 |
| Mark S. Horoupian (1994) | MSH | 475 |
| Alexandra G. Kazhokin (2006) | AGK | 310 |
| Tamar Kouyoumjian (2007) | TXK | 295 |
| Arnold L. Kupetz (1956) | ALK | 600 |
| David S. Kupetz. (1986) | DSK | 550 |
| Daniel A. Lev (1986) | DAL | 475 |
| Elissa D. Miller (1985) | EDM | 475 |
| Jeffrey M. Pomerance (1987) | JMP | 425 |
| Victor A. Sahn (1979) | VAS | 550 |
| Israel Saperstein (1978) | ISS | 400 |
| Irving Sulmeyer (1951) | IS | 700 |
| Alan G. Tippie (1979) | AGT | 550 |
| Marcus A. Tompkins (1997) | MAT | 350 |
| Steven A. Wainess (1981) | SRW | 475 |
| Steven F. Werth (1999) | SFW | 375 |
| **PARALEGAL** | | |
| John Baer | JAB | 150 |
| James F. Bartlett | JFB | 195 |
| **TRUSTEE ADMINISTRATOR** | | |
| Lupe V. Perez | LVP | 175 |
| Members and Senior Counsel | | 475-700 |
| Of Counsel | | 400-425 |
| Associates | | 295-375 |

# EXHIBIT 2

# **Sulmeyer**Kupetz

A    P R O F E S S I O N A L    C O R P O R A T I O N
ATTORNEYS AT LAW SINCE 1952

With more than a 55-year legacy, **Sulmeyer**Kupetz is one of the premier financial restructuring and litigation firms in California, with an emphasis on dispute resolution arising out of insolvency and bankruptcy matters. Our attorneys represent debtors, creditors, trustees, receivers, committees, buyers, sellers, professionals and other parties. The firm's wide ranging practice in this area is demonstrated by the vast experience of our attorneys in every aspect and facet of financial restructuring and litigation, both in federal and state court, and in out-of-court workouts.

**Sulmeyer**Kupetz attorneys bring a specialized expertise to our clients and to the cases we handle, derived collectively from generations of experience in select areas of the law. With two attorneys serving as Federal Bankruptcy Trustees and others acting as State Court appointed Receivers, the firm has an enviable history of trustee and receiver practice and representation handling corporate reorganizations and complex liquidations. The firm also has a unique background in Chapter 9 municipal bankruptcies, having handled landmark cases in that arena for both municipalities and claimants. For nearly four decades the Firm has distinguished itself in the area of commercial collections, locally, regionally and nationwide.

Always on the cutting edge, **Sulmeyer**Kupetz responded to the need for alternative restructuring and liquidation options, and has expanded its non-judicial workout practice. In that vein, the firm has become a leading expert in Assignments for the Benefit of Creditors and other cost effective means of addressing insolvency related problems and goals, in addition to our expertise in traditional Chapter 11 reorganizations.

At **Sulmeyer**Kupetz strength is found in the firm's experience and manageable size, which enables the firm to react quickly and intelligently to any client need. Finally, the firm's long held regional presence enables it to provide unique insight to the needs of clients within the state and surrounding areas.

The attorneys at **Sulmeyer**Kupetz service our clients in all areas of financial restructuring, insolvency, business reorganization and litigation, and bankruptcy and bankruptcy related litigation. We welcome the opportunity to show you how our services can benefit your business.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

15

### MEMBERS OF THE FIRM



**ALAN G. TIPPIE**, Managing Member 1987 to present, born Massillon, Ohio, October 11, 1953; admitted to bar, 1979, California. Preparatory education, Kent State University and Ohio State University (B.A., 1976); legal education, Loyola Law School, Los Angeles (J.D., 1979). Member: St. Thomas More Law Honor Society; Loyola Law Review, 1978-1979. Adjunct Professor, Loyola Law School, Los Angeles, 1987. Law Clerk to the Honorable Barry Russell, United States Bankruptcy Court, 1979-1980. Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Commercial Law and Bankruptcy Section).



**VICTOR A. SAHN**, born New York City, New York, June 27, 1954; admitted to bar, 1980, California. Preparatory education, Syracuse University (B.A., cum laude, 1976); legal education, University of San Diego School of Law (J.D., 1979). Legal Intern to the Honorable Herbert Katz, United States Bankruptcy Court, 1978-1979; Law Clerk to the Honorable Peter M. Elliott, United States Bankruptcy Court, 1979-1981. Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Bankruptcy Subcommittee).



**STEVEN R. WAINESS**, born Culver City, California, February 2, 1950; admitted to bar, 1982, California. Also admitted to practice before United States District Court, Central and Southern Districts of California, Court of Appeals, Ninth Circuit and United States Supreme Court. Preparatory education, Los Angeles Valley College (A.A., 1975); California State University at Northridge (1975-1977); legal education, University of La Verne College of Law formerly known as San Fernando Valley College of Law (J.D., 1981). Member: State Bar of California; Los Angeles Trial Lawyers' Association of Business Trial Lawyers; Los Angeles Bankruptcy Forum. Speaker: Commercial Law League of America. [U.S. Army 1970-1972]

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

**16**



**HOWARD M. EHRENBERG**, born New York, New York, February 19, 1961; admitted to bar, 1986, California.    Preparatory education, University of California at Berkeley (B.A., 1983); legal education, University of Southern California School of Law (J.D., 1986).  Fraternity: Phi Alpha Delta.  Member: Panel of Bankruptcy Trustees of the United States Trustee's Office for the Central District of California.  State Court Receiver.  Member: American Bar Association, State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.   Certified as a Business Bankruptcy Law Specialist by the American Bankruptcy Board of Certification, 1993.



**DAVID S. KUPETZ**, born Los Angeles, California, January 17, 1961; admitted to bar, 1986, California.   Preparatory education, University of California at Santa Barbara (B.S., 1983); legal education, University of California, Hastings College of the Law (J.D., 1986).   Member: State Bar of California; Financial Lawyers' Conference;  Los Angeles Bankruptcy Forum.  Participant, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1984-1985.  Note Editor, COMM/ENT, Hastings Journal of Communications and Entertainment Law, 1985-1986.  Contributing Author: Collier Commercial Bankruptcy Forms Manual (Matthew Bender).  *For a list of articles authored by Mr. Kupetz, please see attachment.*



**MARK S. HOROUPIAN**, born Winnipeg, Manitoba, Canada, December 11, 1969; admitted to bar, 1994, California.  Preparatory education, University of California at Santa Barbara (B.A., 1991); legal education, Loyola Law School, Los Angeles (J.D., 1994).  Member:  Loyola Law Review, 1992-1993.  Member: State Bar of California; Los Angeles County Bar Association.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

**17**



**DANIEL A. LEV**, born Los Angeles, California, April 24, 1961; admitted to the bar 1986, California. Preparatory education: University of California, Los Angeles (B.A., 1983). Legal education: Loyola Law School, Los Angeles (J.D., 1986). Recipient, American Jurisprudence Award in Bankruptcy, Benno M. Brink Memorial Award in Bankruptcy, American Jurisprudence Award in Remedies. Law Clerk to the Honorable Geraldine Mund, United States Bankruptcy Judge (1986-1988). Member: State Bar of California; Financial Lawyers' Conference; Los Angeles Bankruptcy Forum.



**ELISSA D. MILLER**, born Los Angeles, California, October 11, 1955; admitted to bar, 1985, California. Preparatory education, University of California at Los Angeles (B.A., 1977); legal education, Southwestern University School of Law, Los Angeles (J.D., with honors, 1985). Member: Moot Court Honors program. Legal Extern to the Honorable Arthur Alarcon, United States Court of Appeals for the Ninth Circuit. Law Clerk to the Honorable Robert Devich, Justice of the California Courts of Appeal, Second District, Division One, 1986. Judge Pro Tempore of the Los Angeles County Municipal Court. Member: Panel of Bankruptcy Trustees of the United States Trustee's Office for the Central District of California. Member: State Bar of California; Los Angeles County Bar Association; Financial Lawyers Conference; the Bankruptcy Forum; International Women's Insolvency and Restructuring Confederation (IWIRC) and Bruin Professionals. Founding Member/Director of the Los Angeles Network of IWIRC. Board member and Officer of Women's Clinic & Family Counseling Center, a Los Angeles community based health and counseling center.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

**18**

## SENIOR COUNSEL



**IRVING SULMEYER**, born New York, New York, July 22, 1927; admitted to bar, 1952, California. Also admitted to practice before United States District Court, Central District of California, Court of Appeals, Ninth Circuit and United States Supreme Court. Preparatory education, California Institute of Technology (B.S., 1948); legal education, Stanford University (J.D., 1951). Fraternities: Phi Alpha Delta, Order of the Coif. Member: Board of Editors, Stanford Law Review, 1950-1951. Member: Los Angeles County and American Bar Associations; State Bar of California. [U.S.N.R., 1945-1946]. Author: "Collier Handbook for Creditors' Committees", co-author "Collier Handbook for Trustees and Debtors in Possession." Contributing Editor: "Collier Bankruptcy Guide."



**ARNOLD L. KUPETZ**, born Denver, Colorado, June 30, 1933; admitted to bar, 1956, Colorado; 1960, California. Also admitted to practice before United States District Court, Central and Southern Districts of California, and District of Colorado and Ninth Circuit Court of Appeals. Preparatory education, University of Colorado and University of Denver (B.S., 1955); legal education, University of Denver (J.D., 1956); Clerk for O. Otto Moore, Justice of Colorado Supreme Court, 1955; Member: Los Angeles County Bar Association; State Bar of California; [Judge Advocate General Corps, U.S.A.F., 1956-1959]. Member: for many years of the Panel of Trustees of the United States Trustee's Office for the Central District of California. Member: "Approved/-Qualified Receivers List" for the Los Angeles Superior Court.



**DON ROTHMAN**, born Chicago, Illinois, July 2, 1936; admitted to bar, 1966, California. Preparatory education, University of California at Berkeley and Coe College (B.A., 1957); legal education, University of Southern California (J.D., 1966). Fraternity: Phi Alpha Delta. Winner: Moot Court Competition. Member: State Bar of California; Los Angeles County Bar Association; Commercial Law and Bankruptcy Section; Los Angeles County Housing Authority Commission.

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

**19**



**RICHARD G. BAUMANN**, born Chicago, Illinois, April 7, 1938; admitted to bar, 1964, Wisconsin; 1970, California. Also admitted to practice before United States Supreme Court. Preparatory education, University of Wisconsin (B.S., cum laude, 1960); legal education, University of Wisconsin (J.D., 1964). Fraternity: Phi Delta Phi. Judge Pro Tem, Los Angeles Superior Court (1980 -   ). Western Region Members Association (Chairman 1982-1983); Commercial Law League of America (President 1990-1991. Member: Board of Governors 1986-1990); Board of Directors, Academy of Commercial and Bankruptcy Law Specialists; Board of Directors, National Institute on Credit Management; Associate Editor: Commercial Law Journal. Member: State Bar of California; State Bar of Wisconsin; Commercial Law League of America; National Conference of Bar Presidents; Fellow of the Commercial Law Foundation; Certified as a Creditors' Rights Specialist by the American Board of Certification.

## OF COUNSEL



**JEFFREY M. POMERANCE**, born Milwaukee, Wisconsin, March 23, 1961; admitted to the bar, 1987, Illinois; 1992, California. Preparatory education, University of Wisconsin at Madison (B.B.A. in Accounting, with highest distinction, 1983); University of California at Los Angeles, The Anderson Graduate School of Management (Directors Training Program, 2000); legal education, University of Michigan School of Law (J.D., 1987). Contributing Editor of University of Michigan Journal of Law Reform, 1986-87; Instructor of Writing and Advocacy Program, University of Michigan School of Law, 1986-87. Successfully completed Certified Public Accountancy Examination – November, 1984.



**ISRAEL SAPERSTEIN**, born Los Angeles, California, May 8, 1945; admitted to bar, 1978, California. Also admitted to practice before United States District Court in Central, Eastern and Southern Districts of California, and Court of Appeals, Ninth Circuit. Preparatory education, California State University at Los Angeles (B.S., 1973); legal education, Whittier College School of Law (J.D., 1978). Dean's Honor List 1976-1978. Member: State Bar of California; Financial Lawyers' Conference; Los Angeles County Bar Association (Litigation Section); Commercial Law and Bankruptcy Section); Commercial Law League of America. Certified by The State Bar of California Board of Legal Specialization as a Specialist in Small Business and Personal Bankruptcy. Speaker: Continuing Legal Education Satellite Network and Commercial Law League of America; Judge Pro Tempore panel member, California Superior Court for the County of Los Angeles. Co-author: "Collier Handbook for Trustees" and "Collier Handbook for Creditors Committees".

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

**20**

## ASSOCIATES OF THE FIRM



**ALEXANDRA KAZHOKIN,** prior to joining SulmeyerKupetz, Alexandra Kazhokin concentrated her practice in civil and bankruptcy litigation.

Ms. Kazhokin received her B.A. in Business Economics, cum laude, from the University of California, Los Angeles, and her J.D. from Loyola Law School in Los Angeles. In law school, Ms. Kazhokin was a recipient of the Dean's Scholarship and was on the Dean's Honor List. Ms. Kazhokin is multilingual, including being fluent in Russian and Ukrainian.



**TAMAR KOUYOUMJIAN,** born Beirut, Lebanon, November 11, 1980; admitted to the bar, 2007, California. Preparatory education, University of California, Irvine (B.A. 2003). Legal education, Thomas M. Cooley School of Law in Michigan (J.D. 2007). Judicial extern to the Honorable Robert W. Alberts, United States Bankruptcy Court, Central District of California.(2003) Judicial Law Clerk to the Honorable Robert N. Kwan, United States Bankruptcy Court, Central District of California.(2007-2008) Member: State Bar of California; the Southern California Inns of Court, the Commercial Law and Bankruptcy Section of the Los Angeles County Bar Association, the Orange County Bankruptcy, the Armenian Bar Association and the International Women's Insolvency and Restructuring Confederation (IWIRC).



**MARCUS A. TOMPKINS,** born Santa Monica, California, October 14, 1971; admitted to the bar, 1997, California. Preparatory education, California State University, Long Beach (B.A., 1994). Legal education, Loyola Law School, Los Angeles (J.D., 1997). Research Editor: Loyola of Los Angeles Entertainment Law Review, 1997. Judicial Extern to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1997). Judicial Law Clerk to the Honorable Mitchel R. Goldberg and Meredith A. Jury, United States Bankruptcy Court, Central District of California (2000-2001).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

21



**STEVEN F. WERTH**, born McMinnville, Oregon, May 8, 1974; admitted to the bar, 1999, California.  Preparatory education, Pomona College (B.A. 1996).  Legal education, University of Southern California Law School (J.D. 1999).

# EXHIBIT 3



# **Sulmeyer Kupetz**

A  P R O F E S S I O N A L  C O R P O R A T I O N
ATTORNEYS AT LAW SINCE 1952

Direct Line: 213.617.5274
E-Mail: dkupetz@sulmeyerlaw.com
URL: www.sulmeyerlaw.com

333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Voice: 213.626.2311 Fax: 213.629.4520

## DAVID S. KUPETZ

David Kupetz specializes in troubled transactions, crisis avoidance consultation, workouts, restructurings, reorganizations, bankruptcies, receiverships, assignments for the benefit of creditors and other non-bankruptcy insolvency proceedings. He represents debtors (in restructurings and workouts and in chapter 11 reorganization cases), secured creditors, unsecured creditors' committees, assignees for the benefit of creditors, buyers/sellers of businesses/assets in distressed circumstances and other entities in insolvency and bankruptcy situations.

A sampling of clients represented by Mr. Kupetz includes: Care Enterprises, Inc. (debtor in possession); Ocean Pacific Sunwear, Ltd. (debtor in possession); County of Los Angeles (creditor); General Electric Capital Corporation (secured lender); Litton Industries, Inc. (creditor); Boston West, LLC (Boston Markets) (debtor in possession); ExxonMobil Corporation (creditor); Honda Trading Co. (creditor); CKE Restaurants (creditor); San Diego Television, Inc. (debtor in possession); South Bay Pizza, Inc. (debtor in possession); Transgo Corp. (unsecured creditors' committees); Aura Systems, Inc. (out-of-court unsecured creditors' committee); Snow Valley, LLC (debtor in possession); Gardenburger, Inc. (debtor in possession); and Ventura Port District (chapter 9 debtor).

His many articles on bankruptcy-related subjects have been published in The Business Lawyer, Commercial Law Journal, IDEA: The Journal of Law and Technology, Journal of Bankruptcy Law and Practice, The Annual Survey of Bankruptcy Law, The Urban Lawyer, The Banking Law Journal, Los Angeles Lawyer, California Lawyer, Commercial Law Bulletin, Los Angeles Daily Journal, The Secured Lender, The Journal of Private Equity, The Journal of Corporate Renewal, Public Law Journal, Federal Lawyer and many other publications. For a list of articles authored by Mr. Kupetz, please see the next page. Mr. Kupetz served as the author of Collier Commercial Bankruptcy Forms for many years and currently is an author of the Collier Handbook for Creditors' Committees.

Mr. Kupetz is a frequent lecturer on reorganization and other insolvency topics.

Mr. Kupetz was admitted to the California bar in 1986. He obtained his legal education at the University of California, Hastings College of the Law (J.D., 1986).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

23

## SELECTED ARTICLES AND OTHER PUBLICATIONS AUTHORED BY DAVID S. KUPETZ

2009 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis)

"The Venerable Assignment for the Benefit of Creditors Weathers the Ninth Circuit's Decision in Sherwood v. Lycos and Remains a Valid Alternative to Federal Bankruptcy Proceedings," Norton Annual Survey of Bankruptcy Law (Thomson/West 2008 Edition

2008 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

Norton Bankruptcy Law and Practice, 3d Edition 2008, author of chapters on municipal debt adjustment and assignments for the benefit of creditors (Thomson West).

"Evidentiary Hearings in Bankruptcy Court:  Necessary for the Resolution of Disputed Material Facts and Open to the Admission of Evidence Previously Introduced in the Case and the Court's Knowledge of the Case From Prior Proceedings," Annual Survey of Bankruptcy Law (Thomson/West 2007 Edition).

"Comfort Zone: Creditors' Committees are More Frequently Seeking Comfort Orders Since Recent Bankruptcy Law Changes Increased Their Disclosure Duties," Los Angeles Lawyer (April 2007).

2006 Collier Handbook for Creditors' Committees, Co-Author (LexisNexis).

"Valuation Experts, Beware the Gatekeeper!:  Establishing Enterprise Value in Chapter 11 Reorganization Cases," The Bankruptcy Strategist, Volume 24, Numbers 2 and 3 (December 2006 and January 2007) (2-parts).

"Independence of Valuation Experts is Crucial in Chapter 11s," Los Angeles Daily Journal (October 13, 2006).

"Unions, Pensions, and Executive Compensation in Chapter 11," Pratt's Journal of Bankruptcy Law, Volume 2, Number 3 (August/September 2006 Edition).

"What is the Cure?:  Nonmonetary Defaults Under Executory Contracts," Annual Survey of Bankruptcy Law (Thomson West 2005 Edition).

"Assignee's Preference Avoidance Power," The Bankruptcy Strategist, Volume 22, Numbers 9 and 10 (August and September 2005 (2-parts)).

"Corporate Governance of Chapter 11 Debtors: The Impairment or Suspension of Shareholder 'Democracy' Rights Taking Into Account the Economic Realities of the Case," Norton Bankruptcy Law Adviser (Thomson/West July 2005).

"Defending California Real Estate Foreclosures," Real Estate Southern California (June 2005).

"Filing Bankruptcy by Solvent Tenants to Cap Landlords' Claims," Los Angeles Lawyer (April 2005).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

24

"The *Rooker-Feldman* Doctrine in Bankruptcy: While a Bankruptcy Court's Exclusive Jurisdiction Remains Undisturbed, It May Be Subject to Rooker-Feldman and Interjurisdictional Preclusion Constraints In Situations Where It Shares Concurrent Jurisdiction with a Non-Bankruptcy Court," Annual Survey of Bankruptcy Law (Thomson West 2004 Edition).

"It's Not Over Until It's Over: Chapter 11 Plan Confirmation," Andrews Litigation Reporter, Volume 1, Issue 9 (August 27, 2004).

"Assignment for the Benefit of Creditors:  Effective Tool for Selling and Winding Up Distressed Businesses," Annual Survey of Bankruptcy Law (Thomson West 2003 Edition).

"The Bankruptcy Code is Part of Every Contract," The Secured Lender (November/December 2003).

"Spendthrift Trusts:  The Real (but Not Unlimited) Benefits in Bankruptcy," American Bankruptcy Institute Journal (October 2003).

"For Bankruptcy Alternative, Know Your 'ABCs,'" The Journal of Corporate Renewal (July 2003).

"Adjusting Municipal Debts:  Chapter 9," The Public Law Journal (Summer 2003).

"Assignment for the Benefit of Creditors:  Advantageous Vehicle for Selling and Acquiring Distressed Enterprises," The Journal of Private Equity (Summer 2003).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," The Secured Lender (May/June 2003).

"The Fundamentals of Business Bankruptcy (Reorganization and Liquidation)," Business Credit (May 2003).

"Assignment for the Benefit of Creditors:  Salvaging Value From a Sinking Ship," Business Credit (April 2003).

"An Assignment for the Benefit of Creditors is a Useful Vehicle," Los Angeles Daily Journal, p. 7 (April 16, 2002).

"Assignment for the Benefit of Creditors: Exit Vehicle for Many Troubled Enterprises," Journal of Internet Law, Volume 5, No. 10 (April 2002).

"Business Bankruptcy: A Primer for Unsecured Creditors," Commercial Law Bulletin (March/April 2002).

"Real Estate Leases In Bankruptcy: Landlord/Tenant Issues Under the Bankruptcy Code," Annual Survey of Bankruptcy Law, 2000-2001, 2001-2002 Editions, West Group.

"Assignment for the Benefit of Creditors: Exit Vehicle of Choice for Many Dot.Com, Technology, and Other Troubled Enterprises," Journal of Bankruptcy Law and Practice, Volume 11, No. 1 (November/December 2001).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

25

"Beware When Your Client is a Debtor in Possession: Getting and Staying Employed in Bankruptcy Cases," Washington State Bar News, Volume 54, No. 10 (October 2000).

"Charging a Secured Creditor's Collateral," California Lawyer, p. 28 (August 2000).

"When Your Tenant's Business Goes Bust: How the Bankruptcy Code Impacts the Landlord's Rights," Office & Industrial Properties (June 2000).

"Developments in Bankruptcy Law and How They Affect Landlords," Apartment Management Magazine (May 2000).

"Hands Off: Per Se Rule Against Surcharging Oversecured Creditor Is Rejected," California Bankruptcy Court Reporter, Volume 4, No. 5 (May 2000).

"Perfecting Security Interests in Intellectual Property:  Lenders Beware," Bankruptcy Strategist, Volume XVII, No. 6 (April 2000).

"Bankruptcy Filings and IP Licenses," Intellectual Property Today, Volume 7, No. 4 (April 2000).

"Per Se Rule Against Surcharging Oversecured Creditor is Rejected," Commercial Law Bulletin (March/April 2000).

"Cramdown Slamdown," California Law Business (February 28, 2000).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," Journal of Internet Law, Volume 3, No. 8 (February 2000).

"What Creditors Should Know About Retention of Counsel by Debtors in Possession, and About Payment of Their Fees," The Banking Law Journal, Volume 117, No. 1 (January/February 2000).

"Moves That Firms in Financial Turmoil Must Avoid," Los Angeles Business Journal (January 17-23, 2000).

"Beware When Dealing With Licensors of Intellectual Property: Avoiding Potential Pitfalls Facing Licensees and Lenders When Bankruptcy Intervenes," The Computer Lawyer, Volume 17, No. 1 (January 2000).

"Dealing With Issues in Chapter 11 Cases filed by Licensors of Intellectual Property," e-commerce Law & Strategy, Volume 16, No. 9 (January 2000).

"To Assume or Not to Assume: Real Estate Leases In Bankruptcy," Journal of Bankruptcy Law and Practice, Volume 8, No. 5 (July/August 1999), and California Bankruptcy Court Reporter (3-part series-May, June, and July, 1999).

"The Bankruptcy Code Is Part of Every Contract:  Minimizing the Impact of Chapter 11 on the Non-Debtor's Bargain," The Business Lawyer, Volume 54, No. 1 (November 1998).

"Resolving Business Financial Crises," California Lawyer (July 1998).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

26

"Common Mistakes Made by Businesses in Financial Crises," National Public Accountant, Volume 43, No. 3 (May 1998).

"Cram Slam," California Law Business (March 23, 1998).

"Seeking Perfection: Federal Grace Period Pre-empts State Law," Los Angeles Daily Journal (February 2, 1998).

"'Old Equity May Retain Priority in Chapter 11 Plan," Los Angeles Daily Journal (September 29, 1997).

"On Executory Contracts, Precedent Carries the Day," Los Angeles Daily Journal (August 18, 1997).

"What Can Go Wrong Before a Bankruptcy Filing," Los Angeles Daily Journal (June 30, 1997).

"Home Rule -- Access to Chapter 9 Relief Remains in the Hands of Local Government Entities," Los Angeles Daily Journal (October 31, 1996).

"When Dirt and Debt Are Not Indubitably Equivalent," Los Angeles Daily Journal (September 23, 1996).

"Municipal Debt Adjustment Under the Bankruptcy Code," Current Municipal Problems, Volume 22, No. 3, pp. 340-348 (1996).

"City Limits -- Legislature Considers Conditions on Chapter 9 Relief," Los Angeles Daily Journal (September 12, 1995).

"The Deficits of Orange County," Los Angeles Lawyer (July-August 1995).

"Municipal Debt Adjustment Under the Bankruptcy Code," Municipal Attorney, Volume 36, No. 4 (July/August 1995).

"Municipal Debt Adjustment Under the Bankruptcy Code," The Urban Lawyer, Volume 27, No. 3, pp. 531-604 (Summer 1995).

"Municipal Debt Adjustment Under the Bankruptcy Code," Government Finance Review, Volume 11, No. 3, pp. 27-29 (June 1995).

"Municipal Debt Adjustment -- A Look at How Chapter 9 Allowed Orange County to Provide Essential Services While Undergoing Debt Restructuring," The Federal Lawyer, Volume 42, No. 4, pp. 18-24 (May 1995).

"Chapter and Verse -- An Analysis of Municipal Debt Adjustment Under the Bankruptcy Code," Los Angeles Daily Journal, pp. 7-8 (April 13, 1995).

"Intellectual Property Issues in Chapter 11 Bankruptcy Reorganization Cases," IDEA: The Journal of Law and Technology, Volume 35, No. 4, pp. 383-406 (1995).

"Basic Issues and Alternatives Facing Litigators When Bankruptcy Interrupts the Litigation Process," Commercial Law Journal, Volume 99, No. 4, pp. 401-45 (Winter 1994).

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TEL 213.626.2311 • FAX 213.629.4520
www.sulmeyerlaw.com

27

"Sales of Substantially All Assets of Chapter 11 Bankruptcy Estates Outside of a Plan," Commercial Law Bulletin, Volume 9, No. 5 (September/October 1994).

"Break-Up Fees in Bankruptcy," Commercial Law Bulletin, Volume 9, No. 4 (July/August 1994).

Note, "Cable's 'Non-Cable Communications Services': Cable Television as a Common Carrier," 8 COMM/ENT 75 (1985).

# EXHIBIT 4

1   David S. Kupetz (CA Bar No. 125062)
       dkupetz@sulmeyerlaw.com
2   Steven F. Werth (CA Bar No. 205434)
       swerth@sulmeyerlaw.com
3   **Sulmeyer**Kupetz
    A Professional Corporation
4   333 South Hope Street, Thirty-Fifth Floor
    Los Angeles, California  90071-1406
5   Telephone: 213.626.2311
    Facsimile: 213.629.4520
6
    Bankruptcy Counsel for Orange
7   County Nursery, Inc., Debtor and
    Debtor in Possession
8

9

10                 **UNITED STATES BANKRUPTCY COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12                       **NORTHERN DIVISION**

13

14   In re                              Case No. 9:09-10165-RR

15                                      Chapter 11

16   ORANGE COUNTY NURSERY, INC., a
     California corporation,            **NOTICE OF APPLICATION BY DEBTOR IN
                                        POSSESSION FOR APPROVAL OF
17                                      EMPLOYMENT OF BANKRUPTCY
                                        COUNSEL (SULMEYERKUPETZ)**
18            Debtor.
                                        DATE:     [No Hearing Required]
19                                      TIME:     [No hearing Required]
                                        PLACE:    U.S. Bankruptcy Court
20                                                Courtroom 201
                                                  1415 State Street
21                                                Santa Barbara, CA  93101

22

23   Tax Id # 95-1681912

24

25   **TO ALL INTERESTED PARTIES:**

26          **PLEASE TAKE NOTICE** as follows:

27          1.     Orange County Nursery, Inc. (the "Debtor" or "Applicant"), debtor and

28   debtor in possession in the above-captioned chapter 11 case, has filed an application

[SWERTH\BANKR\524041.1 1/29/2009 (10:39 AM)]

**29**

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   (the "Application") requesting the Court's approval of the Debtor's employment of the law

2   firm of SulmeyerKupetz ("SK"), a professional corporation, as its bankruptcy counsel.

3   The Debtor submits that SK is well qualified to serve as its bankruptcy counsel.  SK is

4   experienced and expert in bankruptcy, business reorganization, restructuring and other

5   insolvency matters.  SK represented the Debtor with respect to restructuring, bankruptcy

6   and insolvency issues prior to the filing of Applicant's chapter 11 petition and advised the

7   Debtor in connection with the commencement of this case.  SK is familiar with the legal

8   and financial issues and problems facing the Debtor.

9            2.      SK has agreed to continue its representation of Applicant.  The

10  Debtor believes is necessary to have SK employed as bankruptcy counsel in this chapter

11  11 case to represent it as debtor and debtor in possession.  Such employment may

12  include the examination of claims with creditors in order to determine their validity; giving

13  advice and counsel to Applicant in connection with legal issues, including the use, sale or

14  lease of property of the estate, adequate assurance of utility providers, use of cash

15  collateral, requests for security interests, relief from the automatic stay, special treatment,

16  payment of prepetition obligations, etc.; negotiation with creditors holding secured and

17  unsecured claims; rejection of leases and closing of stores; preparing and presenting a

18  plan of reorganization and disclosure statement; objecting to claims as may be

19  appropriate and, in general acting as counsel on behalf of Applicant in any and all

20  bankruptcy law and related matters which may arise in the course of this case.  Such

21  services will concern the rights and remedies of the Debtor with regard to the assets of

22  the estate and with regard to secured, priority, or unsecured claims which may be

23  asserted in this case.

24           3.      SK will charge the Debtor for services rendered at SK's ordinary

25  hourly rates in effect at the time the services are rendered.  The Debtor will also

26  reimburse SK for expenses incurred by SK in the course of its representation of the

27  Debtor.  SK understands that it is entitled to receive such amount(s) on account of its

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  fees and expenses as shall be approved by the Court.  A schedule of the current rates

2  charges by SK is attached as Exhibit 1 to the Application.

3        4.    The Debtor commenced this case by filing a voluntary chapter 11

4  petition on January 22, 2009 (the "Petition Date").  Applicant remains in possession of its

5  assets and is acting as a debtor in possession pursuant to 11 U.S.C. §§ 1101(1),

6  1107(a), and 1108.

7        5.    The Debtor operates as a wholesale tree nursery.  The Debtor raises

8  nursery stock, farms in connection therewith, and sells bareroot, boxed specimens, and

9  containerized fruit and shade trees.  As of the Petition Date, the Debtor manages over

10  700 acres with growing grounds in California and Texas.

11        6.    SK, a professional corporation, represented the Debtor with respect

12  to restructuring, bankruptcy and insolvency matters and related issues and matters prior

13  to the filing of Applicant's chapter 11 petition and advised Applicant in connection with the

14  commencement of this case.  SK is familiar with the legal and financial issues and

15  problems facing the Debtor.

16        7.    SK's representation in this case is strictly limited to representation of

17  the Debtor.  SK does not represent and has not represented any other party connected

18  with this matter.  SK does not represent any officer, director, or equity holder of the

19  Debtor, or any party other than the Debtor in connection with this case.  SK was retained

20  on January 20, 2009 to represent the Official Committee of Unsecured Creditors

21  ("Committee") in the chapter 11 case of Bordier's Nursery, Inc. ("Bordier's"), Case No.

22  8:08-bk-18501-RK (Santa Ana Case).  Bordier's is in the business of selling plant nursery

23  products including plants, flowers, bushes, etc. on a wholesale basis to customers such

24  as Home Depot, Lowe's and similar companies.  One of the members of the Committee

25  is T&R Lumber Co. ("T&R").  T&R is also listed among the 20 largest unsecured creditors

26  in the within chapter 11 case.  SK does not represent T&R.  Further, owing to the

27  similarities in the businesses of Bordier's and the Debtor, there may be other creditors in

28  Bordier's and the Debtor who hold claims in both chapter 11 cases.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    8.    As stated above, SK was engaged by the Debtor as

2    restructuring/bankruptcy counsel prior to the Petition Date.  SK provided prepetition

3    services to Applicant with regard to bankruptcy, restructuring and insolvency issues,

4    matters and alternatives and in preparation for the commencement of a chapter 11 case

5    by the Debtor.  SK received $225,000 in funds prior to the Petition Date in connection

6    with its representation of the Debtor, for services rendered and costs incurred prior to the

7    commencement of the Debtor's chapter 11 case.  As of the commencement of the case,

8    SK's unused retainer balance remaining was $184,579.02.

9    9.    SK seeks compensation pursuant to 11 U.S.C. § 330.  No

10    compensation has been or will be paid by the Debtor postpetition to SK, except upon

11    application to and approval by the Bankruptcy Court after notice and a hearing or

12    pursuant to such other procedure as may be authorized by the Court, including cash

13    collateral or postpetition financing budgets approved by the Court providing for payments

14    to SK, with such payments to be placed in a segregated account and drawn down in

15    accordance with the procedure required by the Office of the United States Trustee for

16    unused prepetition retainers.

17    10.    The portion of the retainer provided to SK not exhausted

18    ($184,579.02) based upon services rendered and costs incurred as of the filing of the

19    Debtor's chapter 11 petition, has been placed into a separate account of SK subject to

20    disbursement according to the United States Trustee's Guide to Applications for

21    Employment of Professionals and Treatment of Retainers for the Central District of

22    California.  To the extent that, pursuant to any budget approved in connection with the

23    Debtor's use of cash collateral and/or postpetition financing for the Debtor approved by

24    the Court, payments to SK on a weekly or monthly basis are authorized, such payments

25    will be placed into a separate account of SK subject to disbursement in the same manner

26    as the balance of SK's prepetition retainer.

27    11.    If you have not received a copy of the Application and wish to

28    receive one, you may obtain a copy by requesting it from the Debtor's bankruptcy

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  counsel, SulmeyerKupetz, 333 South Hope Street, 35th Floor, Los Angeles, California

2  90071; Telephone (213) 626-2311; Fax (213) 629-4520; email:

3  dperez@sulmeyerlaw.com; Attn: Debbie Perez.  The Application will be promptly

4  provided upon request.

5        11.    Pursuant to Local Bankruptcy Rule 2014-1(b)(2), if you wish to object

6  to the Debtor's employment of SK, you must file a written objection and request for

7  hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), no later than 15

8  days from the date of service of this Notice (see the date below).  You must file your

9  objection and request with the Clerk of the United States Bankruptcy Court located at

10  1415 State Street, Los Angeles, California 93101, and serve your objection upon (1) the

11  United States Trustee, 128 E. Carillo St., Suite 126, Santa Barbara, CA 93101, Attn:

12  Brian Fittipaldi, and (2) SK at the address indicated in the upper left corner of the first

13  page of this Notice.  If any such response is timely received, the Debtor will set a hearing

14  date on the Application and send out notice thereof.  No hearing will be held if no

15  response and request for hearing is received.  The failure to file an objection to the

16  Application may be deemed by the court as your consent to the relief requested therein.

17  If you do not oppose the Application, you need not take any further action.

18

19  DATED: February 3, 2009      Respectfully submitted,

20        **Sulmeyer**Kupetz
      A Professional Corporation

21

22

23        By: _____
      David S. Kupetz

24        Attorneys for Orange County Nursery, Inc.
      Debtor and Debtor in Possession

25

26

27

28

# EXHIBIT 5

1  David S. Kupetz (CA Bar No. 125062)
      dkupetz@sulmeyerlaw.com
2  Steven F. Werth (CA Bar No. 205434)
      swerth@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520
6
   Bankruptcy Counsel for Orange
7  County Nursery, Inc., Debtor and
   Debtor in Possession
8

9

                  **UNITED STATES BANKRUPTCY COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11
                          **NORTHERN DIVISION**
12

13
   In re                                   Case No. 9:09-bk-10165-RR
14
                                           Chapter 11
15 ORANGE COUNTY NURSERY, INC., a
   California corporation,                 **ORDER APPROVING DEBTOR IN**
16                                         **POSSESSION'S EMPLOYMENT OF**
                                           **BANKRUPTCY COUNSEL**
17          Debtor.                        **(SULMEYERKUPETZ)**

18                                         DATE:    [No Hearing Required]
                                           TIME:    [No Hearing Required]
19                                         PLACE:   U.S. Bankruptcy Court
                                                    Courtroom 201
20                                                  1415 State Street
                                                    Santa Barbara, CA  93101
21

22 Tax Id # 95-1681912

23

24         On January 22, 2009, Orange County Nursery, Inc. (the "Debtor"), the

25 above-captioned debtor and debtor in possession, filed an application (the "Application")

26 for approval of the Debtor's employment of SulmeyerKupetz ("SK"), a professional

27 corporation, as the Debtor's bankruptcy counsel in this case.  The Court has considered

28 the Application, the Declarations of Robert Veyna and David S. Kupetz submitted with the

1   Application, any other papers filed in this matter, and the facts and circumstances of this

2   case.

3          Based on the foregoing, the Court determining that SK does not hold any

4   interest adverse to the Debtor or the estate and is a disinterested person as defined in 11

5   U.S.C. § 101(14), and that the employment of SK by the Debtor is in the best interest of

6   the estate, and good cause appearing therefor,

7          **IT IS ORDERED** as follows:

8          1.    The Application is approved;

9          2.    The Debtor is authorized to employ SulmeyerKupetz, a professional

10   corporation, pursuant to 11 U.S.C. § 327, to act as its bankruptcy counsel as of the

11   commencement of this chapter 11 case, the extent, rate and amount of compensation

12   and reimbursement of expenses to be paid as an administrative expense in such

13   amounts as the Court may hereafter allow, pursuant to 11 U.S.C. §§ 330 and 331, upon

14   proper application(s) therefor; and

15          3.    SK may withdraw funds from the separate account maintained by the

16   firm for the balance of the retainer paid prepetition by the Debtor to SK (and not

17   exhausted based on prepetition services and costs) pursuant to the procedure set forth in

18   the United States Trustee's Guide to Applications for Employment of Professionals and

19   Treatment of Retainers for the Central District of California.  To the extent that, pursuant

20   to any budget approved in connection with the Debtor's use of cash collateral and/or

21   postpetition financing for the Debtor approved by the Court, payments to SK on a weekly

22   or monthly basis are authorized, such payments will be placed into a separate account of

23   SK subject to disbursement in the same manner as the balance of SK's prepetition retainer.

24          **IT IS SO ORDERED**

25                       # # #

26   DATED: _____

27                   THE HONORABLE ROBIN L. RIBLET
                      UNITED STATES BANKRUPTCY JUDGE

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213 626 2311 · FAX 213 620 1430

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>APPLICATION BY DEBTOR AND DEBTOR IN POSSESSION FOR APPROVAL OF EMPLOYMENT OF BANKRUPTCY COUNSEL (SULMEYERKUPETZ); DECLARATION OR ROBERT VEYNA; DECLARATION OF DAVID S. KUPETZ)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> <u>(indicate method for each person or entity served)</u>:** On <u>February 3, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u> <u>(indicate method for each person or entity served)</u>:** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>February 3, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>February 3, 2009</u> | <u>Debbie A. Perez</u> | |
| *Date* | *Type Name* | *Signature* |

[DSK\LIT\524119.1 2/3/2009 (2:17 PM)]

**ADDITIONAL SERVICE INFORMATION** (if needed):

### PERSONAL SERVICE

**HONORABLE ROBIN L. RIBLET**
U.S. Bankruptcy Court - Northern Division
(Bin Outside of Suite 103)
1415 State Street
Santa Barbara, CA  93101-2511

### VIA EMAIL
**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the U.S. Trustee - Northern Division
Attn:  Brian Fittipaldi, Esq.
128 E. Carrillo Street, Suite 126
Santa Barbara CA, 93101
brian.fittipaldi@usdoj.gov

**SECURED CREDITORS**
Bank of the West
Attn Michael Creith
Special Assets Department (South)
300 S Grand Ave 5th Fl
Los Angeles, CA 90071
michael.creith@bankofthewest.com

Counsel for Bank of the West
Randy P. Orlick, Esq.
Cox Castle & Nicholson, LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067
rorlik@coxcastle.com

Caterpillar Financial Services Corporation
c/o Mark Poniatowski, Esq.
2811 Castro Valley Blvd, Ste 208
Casto Valley, CA 94546
ponlaw@ponlaw.com

Cerritos Ford
Attn Michael Gilligan
18900 Studebaker Rd
Cerritos, CA 90703
mgilligan@cerritosford.com

**PARTIES REQUESTING SPECIAL NOTICE**
Counsel To Minority Opposition Parties
Peter Susi, Esq.
Michaelson, Susi & Michaelson PC
7 W Figueroa St
Santa Barbara, CA 93101-3189
peter@msmlaw.com

Elaine Bannatyne,
Former Vice-President and Board Member Shareholder
PO Box 487
Fillmore, CA 93016-0487
bbannatyne@aol.com

### VIA U.S. MAIL

**SECURED CREDITORS**
Bank of the West
2035 Fresno Street, 6th Floor
Fresno, CA  93721

Bank of the West
201 N. Civic Drive, Ste 360b
Walnut Creek, CA  94596

Caterpillar Financial Services Corporation
2120 West End Ave
Nashville, TN  37203-0986

John Deere Construction & Forestry Co
6400 NW 86th St
Johnston, IA  50131

Ken Grody Ford
6211 Beach Blvd.
Buena Park, CA 90621

**20 LARGEST UNSECURED CREDITORS**
American Express Acct No 3782-694433-23006
Box 0001
Los Angeles, CA 90096-0001

Butler Box & Stake, Inc.
Attn Yolanda
3514 Westminster
Santa Ana, CA 92703

Mas Alla del Sol
Attn Mr. Jesus Torres
12894 E Nebraska
Selma, CA 93662

Southern California Edison
Corporate Real Estate
Attn Roslyn Delmar
14799 Chestnut St
Westminster, CA 92683

**STATE & LOCAL TAX AGENCIES**
Frio County Tax Assessor-Collector
Anna L. Alaniz
500 East San Antonio St
Box 20
Pearsall, TX 78061-3145

**20 LARGEST UNSECURED CREDITORS**
American Wrecking, Inc.,
Attn Robert Paul, Owner
2459 Lee Avenue
South El Monte, CA 91733
bhall@americanwreckinginc.com

Cedar Valley Nurseries
19626 State Highway 1E
Ada, OK 74820
tabitha.west@cvnurseries.com

Glory Dynasty Group
Attn Jason Wang
172 South Sixth Ave
City of Industry, CA 91746
gbgic@msn.com

Harrell's
Attn Bill Schoppman
720 Craft Road
Lakeland, FL 33815
bschoppman@harrell.com

Inland Lease & Rental Inc.
Attn Mitch Casey
1600 W Washington Blvd
Montebello, CA 90640
mitchcasey@inlandkwfn.com

Kruse Mennillo LLP
Attn Ray Rosson
17777 Center Court Dr #550
Cerritos, CA 90703
rrosson@krusemennillo.com

Lawrence Tractor Co., Inc.
(Controller)
2530 E Main
Visalia, CA 93292-6700
richardn@lawrencetractor.com

Lathrop Woodworks
16175 S McKinley Ave
Lathrop, CA 95330
lathropwoodworks@verizon.net

Paradise Horticulture
Attn Steven Pyle
868 Genoa Way
San Marcos, CA 92078
stevep@plantsourceinc.com

Quality Organic Products of Selma
15497 Lookout Road
Selma, TX 78154
twchism@sbcglobal.net

Ran-Pro Farms, Inc.
Attn Mr Robert Cartwright
PO Box 300
Tyler, TX 75710
bob@ranprofarms.com

Redwood Products of Chino, Inc.
PO Box 2662
Corona, CA 92878-2662
jaime@redwoodchino.com

Sullivan & Mann Lumber Co.
17671 Irvine Blvd Ste 105
Tustin, CA 92780
smshannon@aol.com

T & R Lumber Co.
Attn Phil Guardia
12940 Whittram Ave
Rancho Cucamonga, CA 91739
phil.guardia@trlcompany.com
tess.trudo@trlcompany.com (Controller)

Trailer Fleet International
Attn Mark Longenecker
PO Box 413
Wayne, PA 19087
mlongenecker@trailerfleet.com

Tri Cal Inc.
Attn R. Witt (Controller)
PO Box 1327
Hollister, CA 95024-1327
rwitt@trical.com

**OTHER INTERESTED PARTIES**
Lytle State Bank
Attn Richard Chandler
PO Box 575
Lytle, TX 78052
chandler@lytlebank.com

**COUNSEL TO MINORITY OPPOSITION PARTIES**
Bartko, Zankel, Tarrant & Miller, PC
Glenn P. Zwang, Esq.
Robert L. Wainess, Esq.
900 Front Street, Suite 300
San Francisco, CA 94111
gzwang@bztm.com
rwainess@bztm.com

**STATE & LOCAL TAX AGENCIES**
State of Nevada Dept of Taxation
Attn David Willcox (Southern Nevada Office)
555 E Washington Ave Ste 1300
Las Vegas, NV 89101
dwillcox@tax.state.nv.us