Dean G. Rallis Jr. (CA Bar No. 94266)
Diane C. Stanfield (CA Bar No. 106366)
Leib M. Lerner (CA Bar No. 227323)
ALSTON & BIRD, LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071-1406
Telephone: 213.576.1000
Facsimile: 213.576.1100

Proposed Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 9:09-bk-10165-RR |
| ORANGE COUNTY NURSERY, INC., a California corporation, | Chapter 11 |
| Debtor. | **NOTICE OF APPLICATION FOR AN ORDER APPROVING THE EMPLOYMENT AND RETENTION OF ALSTON & BIRD LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>NUNC PRO TUNC</u> TO MARCH 3, 2009** |
| Tax Id # 95-1681912. | [No Hearing Required] |

TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appointed in the above-captioned Chapter 11 bankruptcy case (the "Committee"), has submitted its application (the "Application") for an order approving the employment and retention of the law firm of Alston & Bird LLP ("Alston & Bird" or the "Firm") as counsel to the Committee, nunc pro tunc to March 3, 2009, pursuant to Sections 328 and 1103(a) of Title 11 of the Bankruptcy Code.

-1-

Alston & Bird LLP is expected to render such legal services as the Committee may consider desirable to discharge the Committee's responsibilities and further the interests of the Committee's constituents in this case. In addition to acting as the primary contact for the Committee, it is expected that the Firm's services will include, without limitation, assisting, advising, and representing the Committee with respect to the following matters:

(a) The administration of this case and the exercise of oversight with respect to the Debtor's affairs including all issues arising from or impacting the Debtor or the Committee in this Chapter 11 case;

(b) The preparation on behalf of the Committee of all necessary applications, motions, orders, reports, and other legal papers;

(c) Appearances in this Court to represent the interests of the Committee;

(d) The negotiation, formulation, drafting, and confirmation of any plan of reorganization or liquidation and matters related thereto;

(e) The exercise of oversight with respect to any transfer, pledge, conveyance, sale, or other liquidation of the Debtor's assets;

(f) Such investigation, if any, as the Committee may desire concerning, among other things, the acts, conduct, assets, liabilities, financial condition, and operating issues concerning the Debtor that may be relevant to this case;

(g) Such communication with the Committee's constituents and others as the Committee may consider desirable in furtherance of its responsibilities; and

(h) The performance of all of the Committee's duties and powers so that they comply with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and the performance of such other services as are in the interests of those represented by the Committee or as may be ordered by the Court.

31189990_3.DOC

1  The Firm will receive compensation for professional and paraprofessional services
2  on an hourly basis discounted by fifteen percent (15%), subject to approval by this Court
3  and compliance with Sections 328 and 331 of the Bankruptcy Code, the Federal Rules of
4  Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee's
5  Guidelines for Fees and Disbursements issued by the Office of the United States
6  Trustee, and such other procedures as may be fixed by this Court.  The current hourly
7  rates charged by Alston & Bird LLP for services performed by the attorneys and
8  paralegals who will initially represent the Committee are set forth in the schedule of rates
9  attached as **Exhibit 3** to the declaration of Dean G. Rallis Jr. (the "Rallis Declaration")
10 attached to the Application.  Subject to the issues that arise in this case, lawyers in other
11 practice groups (i.e. tax) may also be involved to assist the Committee.
12       The Firm also requests reimbursement for expenses incurred by the Firm during
13 the course of its representation of the Committee.  It is the Firm's policy to charge its
14 client in all areas of practice for all other expenses incurred in connection with the client's
15 case.  The expenses charged to clients include, among other things, mail and express
16 mail charges, special or hand delivery charges, photocopying charges, travel expenses,
17 expenses for "working meals" and "committee meetings," computerized research,
18 transcription costs, as well as ordinary overhead expenses such as secretarial and other
19 overtime.  Alston & Bird LLP will charge for these expenses in a manner and at rates
20 consistent with charges made generally to the Firm's other clients.  The Firm will seek
21 reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the
22 applicable Federal Rules of Bankruptcy Procedure, the applicable Local Bankruptcy
23 Rules and Guidelines, the Guidelines for Reviewing Applications for Compensation and
24 Reimbursement of Expenses promulgated by the Office of the United States Trustee, and
25 the Orders of this Court.  The Firm understands, however, that the Court may allow
26 compensation different than that requested in the Committee's Application.
27       Although Alston & Bird seeks payment and employment pursuant to section 328 of
28 the Bankruptcy Code, it intends to apply to this Court for compensation in conformity with

-3-

31189990_3.DOC

the requirements of section 328, 330 and 331 of the Bankruptcy Code. Alston & Bird understands that its compensation in this chapter 11 case will be subject to the approval of the Court.

The Firm has not received a retainer or any other form of compensation in this case.

To obtain a copy of the Application, please send a request to Alston & Bird LLP, 333 South Hope Street, 16th Floor, Los Angeles, California 90071; Telephone: (213) 576-1000; Fax: (213) 576-1100; Email: adriene.lynch@alston.com; Attn: Adriene P. Lynch. A copy of the Application will be promptly provided upon request.

**Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for hearing with respect to the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Committee, the Firm, and the United States Trustee not later than fifteen (15) days from the date of service of this Notice.** If a timely response and request is filed and served, the Committee will schedule a hearing on the Application and give notice to those responding and to the United States Trustee. No hearing will be held if no response or request for a hearing is timely received. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the Application.

DATED: March 31, 2009

Alston & Bird LLP

_____
Dean G. Rallis Jr.
Proposed Counsel for the Official Committee of Unsecured Creditors

31189990_3.DOC

| | |
|---|---|
| In re: ORANGE COUNTY NURSERY, INC., a California corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 9:09-bk-10165-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Hope Street, Los Angeles, California 90071

The foregoing document described as **NOTICE OF APPLICATION FOR AN ORDER APPROVING THE EMPLOYMENT AND RETENTION OF ALSTON & BIRD LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO MARCH 3, 2009** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 31, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On March 31, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/2009 | Melanie Ezerzer | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   F 9013-3.1

1255826

**IN RE: ORANGE COUNTY NURSERY, INC.**
**UNITED STATES BANKRUPTCY COURT**
**CHAPTER 11 – CASE NO. 9:09-bk-10165-RR**

## SERVICE LIST

**SERVED BY NEF**

- Donald T Dunning    ddunning@dunningLaw.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Leib M Lerner    leib.lerner@alston.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Randy P Orlik    rorlik@coxcastle.com
- Dean G Rallis Jr    dean.rallis@alston.com
- Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Steven Werth    swerth@sulmeyerlaw.com

**SERVED BY U.S. MAIL**

**HONORABLE ROBIN L RIBLET**
U.S. Bankruptcy Court - Northern Division
(Bin Outside of Suite 103)
1415 State Street
Santa Barbara, CA 93101-2511

**OFFICE OF THE UNITED STATES TRUSTEE**
Office of the U.S. Trustee - Northern Division
Attn: Brian Fittipaldi, Esq.
128 E. Carrillo Street, Suite 126
Santa Barbara CA, 93101
brian.fittipaldi@usdoj.gov

**DEBTOR**
Orange County Nursery, Inc
6069 Maureen Lane Unit A
Moorpark, CA 93021

### PARTIES REQUESTING SPECIAL NOTICE

**COUNSEL TO CREDITOR Frio CAD**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO TX 78205

**COUNSEL TO CREDITOR INLAND LEASE & RENTAL, INC.**
Law Offices of Randolph A. Bain
158 North Glassell St., Suite 204
Orange, California 92866

1255826